**EXHIBIT "A"**

**LAW OFFICE OF RACHEL S. BLUMENFELD**
26 Court Street, Suite 600
Brooklyn, New York 11242

Invoice submitted to:

Ms. Chana Taub
1405 49th Street
Brooklyn, New York 11219

**Bill For Services Rendered**
<u>**Re: Chana Taub, Ch. 11 Case No: 1-08-44210 (ESS)**</u>

| DATE | DESCRIPTION | TIME | AMOUNT |
|---|---|---|---|
| 7/03/08 | Initial consultation Chana Taub & Esther Newhouse. | 4 hours | $1,000.00 |
| 7/09/08 | Meeting with client / informational meeting and questions/inquiries to prepare bankruptcy petition and schedules; receipt & review of fax from client re list of tenants not paying rent; receipt & review of fax from client re Statement of Net Worth. Review 9 page "recusal addendum" prepared by client. | 2.4 hours | $600.00 |
| 7/10/08 | Phone call client re Section 8 check she received & payment of car insurance. | .2 hours | $50.00 |
| 7/11/08 | Phone calls from client (2) re paper work and issue turnover of rents. | .4 hours | $100.00 |
| 7/13/08 | Phone calls from client (4) discussing status of case and IDT meeting; receipt and review of fax from client re properties in her name; deeds; rental incomes; leases, etc. | 1.4 hour | $350.00 |
| 7/14/08 | Phone calls client and sister (4) regarding status of case, preparation of client for IDT & various issues. Prepare & file Notice of Appearance on ECF. Review of file/paperwork, bills, invoices, review of various lawsuits filed against client including lawsuit for slander & libel, constructive trust, etc., review of deeds, etc., and preparation of bankruptcy petition and schedules. Preparation of Application, Affidavit & Order regarding retention of RB. | 7.2 hours | $1,800.00 |

**LAW OFFICE OF RACHEL S. BLUMENFELD**
26 Court Street, Suite 600
Brooklyn, New York 11242

| | | | |
|---|---|---|---|
| 7/15/08 | Attendance at IDT meeting at Office of United States Trustee with client and Linda Rettagliata; phone call client re bankruptcy petition and schedules; draft letter to Linda at UST & cc client confirming info/docs she requested at IDT; fax letter to Linda & client; review fax from client re changes to bankruptcy petition, amend petition. | 2.4 hours | $600.00 |
| 7/16/08 | Meeting with client discussing status of case, documents to be provided to UST & various matters; review petition; amendments to petition; further amendments to petition; filed amended petition and schedules on ECF. | 4.4 hours | $1,100.00 |
| 7/17/08 | Meeting with client to review documents to submit to UST; prepare and finalize documents for submission to UST; prepare client for § 341 meeting; phone calls (3) from client. | 2.4 hours | $600.00 |
| 7/18/08 | Phone call Linda Rettagliata re additional documents to be e-mailed to her; e-mail from Linda with excel sheet & request for additional documents; phone calls (5) from client re case and documents; phone calls Leo Fox (2) re adjourning § 341 hearing from 10:00 a.m. to 11:00 a.m. Monday; phone call Ms. Frome re adjourning § 341 and re possible conflict re Leo's retention; receipt & review of fax from client "overview" of properties; fax to client UST excel sheet; fax 'overview' to Linda at UST. | 3.6 hours | $900.00 |
| 7/19/08 | Phone calls from client (2); receipt & review of fax from client re information sheet | .6 hours | 150.00 |
| 7/20/08 | Phone calls (6) from client re § 341 meeting, documents, retention of Leo Fox. Review of 45 page fax from Client. | 1.4 hours | 350.00 |
| 7/21/08 | Prepare Supplemental Affidavit for Esther Newhouse re RB retention; Appearance at 341 meeting at Office of UST; Phone calls (2) client; Phone call Susan – public advocate for | 3.2 hours | 800.00 |

2

**LAW OFFICE OF RACHEL S. BLUMENFELD**
26 Court Street, Suite 600
Brooklyn, New York  11242

|  |  |  |  |
|---|---|---|---|
|  | client. |  |  |
| 7/22/08 | Phone call Leo Fox regarding possible resolution to collecting clients rents on her properties without intervention of Court; Sheldon Karasik, Esq., (creditor & attorney of debtor) enclosing bankruptcy petition & schedules as requested. | .4 hours | 100.00 |
|  | **For Professional Services Rendered:** |  | **$8,500.00** |