LAW OFFICES OF RACHEL BLUMENFELD
26 Court Street, Suite 600
Brooklyn, NY 11242
(718) 338-4114
RACHEL BLUMENFELD (RB-1458)

UNITED STATES BANKRUPTCY COURT  HEARING DATE: AUGUST 6, 2008
EASTERN DISTRICT NEW YORK  HEARING TIME: 11:00 A.M.
-------------------------------------------------------------------X
In re:

                                                        **Chapter 11**
                                                        Case No: 1-08-44210 (ESS)

CHANA TAUB,

                           Debtor.
-------------------------------------------------------------------X

## ORDER SCHEDULING HEARING ON SHORTENED NOTICE TO CONSIDER APPLICATION OF THE LAW OFFICE OF RACHEL S. BLUMENFELD FOR ALLOWANCE OF COMPENSATION PURSUANT TO SECTIONS 327, 328, 329 AND 331 OF THE BANKRUPTCY CODE and RULE 2016 OF <u>THE FEDERAL RULES OF BANKRUPTCY PROCEDURE</u>

UPON reading and filing the Application ("Application") of THE LAW OFFICE OF RACHEL BLUMENFELD dated July 28, 2008 ("Applicant") requesting allowance of compensation pursuant to Sections 327, 328, 329 and 331 of the Bankruptcy Code and Rule 2016 of the Federal Rules of Bankruptcy Procedure to Applicant in the sum of $8,500.00; and returning any excess funds, which have cleared from Applicant's bank account, at the direction of the court to either Mrs. Esther Newhouse, or to Debtor's substituted counsel, THE LAW OFFICE OF JOEL SHAFFERMAN, LLC and for such other and further relief as may be just and proper; and necessary cause exists for the granting of Applicant's request on a shortened notice to consider the Application, so the excess funds can expeditiously be turned over, it is hereby

**ORDERED**, that a hearing shall be held before the Honorable Elizabeth Stong, United States Bankruptcy Judge at the United States Bankruptcy Court for the Eastern

District of New York (the "Court"), 271 Cadman Plaza East, Brooklyn, New York, 11201, Courtroom 3585 on **August 6th, 2008 at 11:00 a.m.,** or as soon thereafter as counsel may be heard (the "Hearing") for entry of an order granting the Application and such other and further relief that may be just under the circumstances, and it is further

**ORDERED**, that responses or objections, if any, to the Motion must be (i) in writing, (ii) conform to the Bankruptcy Rules, Local Bankruptcy Rules and General Orders, (iii) specify the name of the objecting party, and state with specificity the basis of the objection(s) and the specific grounds therefore, and (iv) be filed with the Court electronically, with a courtesy copy to the Honorable Elizabeth Stong's chambers, and (v) simultaneously served upon (a) The Law Office of Rachel Blumenfeld, 26 Court Street, Suite 600, Brooklyn, New York 11242, and (b) the Office of the Untied States Trustee, 271 Cadman Plaza East, Brooklyn, New York, 11201, so as to be received no later than **one day prior to the hearing date set forth above**; and it is further

**ORDERED**, that the Hearing may be adjourned from time to time without further notice other than the announcement of such adjournment in open Court; and it is further

**ORDERED**, that you need not appear at the Hearing if you do not object to the relief requested in the Motion; and it is further

**ORDERED**, that Applicant shall serve a copy of this Proposed Order, together with the Application and Exhibits upon which it is based upon all creditors and parties in interest by regular mail with proof of service filed by July 30, 2008;

Dated: Brooklyn, New York
_____, 2008

HONORABLE ELIZABETH S. STONG
UNITED STATES BANKRUPTCY JUDGE