LAW OFFICES OF RACHEL BLUMENFELD
26 Court Street, Suite 600
Brooklyn, NY 11242
(718) 338-4114
RACHEL BLUMENFELD  (RB-1458)

UNITED STATES BANKRUPTCY COURT          **HEARING DATE: AUGUST 6, 2008**
EASTERN DISTRICT NEW YORK               **HEARING TIME:  11:00 A.M.**
----------------------------------------------------------------------X
In re:
                                                        **Chapter 11**
                                                        **Case No:  1-08-44210 (ESS)**
CHANA TAUB,

                          Debtor.
-----------------------------------------------------------X

**ORDER SCHEDULING HEARING ON SHORTENED NOTICE TO CONSIDER
APPLICATION OF THE LAW OFFICE OF RACHEL S. BLUMENFELD
FOR ALLOWANCE OF COMPENSATION PURSUANT TO SECTIONS 327, 328,
329 AND 331 OF THE BANKRUPTCY CODE and RULE 2016 OF
THE FEDERAL RULES OF BANKRUPTCY PROCEDURE**

        **UPON** reading and filing the Application ("Application") of THE LAW OFFICE

OF RACHEL BLUMENFELD dated July 28, 2008 ("Applicant") requesting allowance

of compensation pursuant to Sections 327, 328, 329 and 331 of the Bankruptcy Code and

Rule 2016 of the Federal Rules of Bankruptcy Procedure to Applicant in the sum of

$8,500.00; and returning any excess funds, which have cleared from Applicant's bank

account, at the direction of the court to either Mrs. Esther Newhouse, or to Debtor's

substituted counsel, THE LAW OFFICE OF JOEL SHAFFERMAN, LLC and for such

other and further relief as may be just and proper; and necessary cause exists for the

granting of Applicant's request on a shortened notice to consider the Application, so the

excess funds can expeditiously be turned over, it is hereby

**ORDERED**, that a hearing shall be held before the Honorable Elizabeth Stong, United States Bankruptcy Judge at the United States Bankruptcy Court for the Eastern District of New York (the "Court"), 271 Cadman Plaza East, Brooklyn, New York, 11201, Courtroom 3585 on **August 6th, 2008 at 11:00 a.m.,** or as soon thereafter as counsel may be heard (the "Hearing") for entry of an order granting the Application and such other and further relief that may be just under the circumstances, and it is further

**ORDERED**, that responses or objections, if any, to the Motion must be (i) in writing, (ii) conform to the Bankruptcy Rules, Local Bankruptcy Rules and General Orders, (iii) specify the name of the objecting party, and state with specificity the basis of the objection(s) and the specific grounds therefore, and (iv) be filed with the Court electronically, with a courtesy copy to the Honorable Elizabeth Stong's chambers, and (v) simultaneously served upon (a) The Law Office of Rachel Blumenfeld, 26 Court Street, Suite 600, Brooklyn, New York  11242, and (b) the Office of the Untied States Trustee, 271 Cadman Plaza East, Brooklyn, New York, 11201, so as to be received no later than **one day prior to the hearing date set forth above**; and it is further

**ORDERED**, that the Hearing may be adjourned from time to time without further notice other than the announcement of such adjournment in open Court; and it is further

**ORDERED**, that you need not appear at the Hearing if you do not object to the relief requested in the Motion; and it is further

**ORDERED**, that Applicant shall serve a copy of this Proposed Order, together with the Application and Exhibits upon which it is based upon ***the Debtor, the Debtor's substituted counsel, the Law Offices of Joel Shafferman, LLC, the Office of the United***

**_States Trustee, and_** all creditors and parties in interest by regular mail with proof of

service filed by July 30, 2008.

Dated: Brooklyn, New York
       **_July 28_**, 2008

                    **_S/Elizabeth S. Stong_**_____
                    HONORABLE ELIZABETH S. STONG
                    UNITED STATES BANKRUPTCY JUDGE