UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------x

In re:

    CHANA TAUB,                                         Chapter 11

             Debtor.                                Case No. 08-44210-ess

----------------------------------------------------------------x

## ORDER ON MOTION FOR RELIEF FROM THE AUTOMATIC STAY

Upon the motion for relief from the automatic stay filed on June 1, 2009 (the "Lift Stay Motion"), by Simon Taub in which Mr. Taub seeks an order pursuant to 11 U.S.C. § 362(d)(1) terminating the automatic stay to allow him and Chana Taub (the "Debtor") to proceed to conclusion and the entry of judgment with the matrimonial action pending in the New York State Supreme Court, County of Kings (the "Second Divorce Action"), with enforcement to take place in this Court; the opposition to the Lift Stay Motion filed on June 23, 2009, filed by the Debtor (the "Debtor's Opposition"); the joinder in support of the Debtor's Opposition filed on June 25, 2009, by Esther Newhouse; the reply to the Debtor's Opposition filed on July 6, 2009, by Mr. Taub; and the matter having been heard by the Court on July 22, 2009, at which counsel for Mr. Taub, counsel for the Debtor, and counsel for Esther Newhouse appeared and were heard; and after consideration of the entire record, including the arguments of counsel; and for the reasons stated in the Court's Memorandum Decision on Motion for Relief from the Automatic Stay dated August 14, 2009; it is hereby

ORDERED, that relief from the automatic stay is granted pursuant to 11 U.S.C. § 362(d)(1) to allow Mr. Taub to proceed in the Second Divorce Action to conclusion and the entry of judgment, with enforcement to take place in this Court; and it is further

ORDERED, that this Court retains jurisdiction to enforce any judgments within the context of this bankruptcy case.

Dated: Brooklyn, New York
August *14*, 2009

                                         *s/Elizabeth S. Stong*
                                         ELIZABETH S. STONG
                                         UNITED STATES BANKRUPTCY JUDGE