# ROTO-ROOTER
## 1-800-GET-ROTO

Customer: THANA TAUB    Technician: PETER 431

RR Plumbing Services Corporation
Remittance Address: 5672 Collections Center Drive Chicago, IL 60693
Service (718) 981-3808 • General (718) 370-1242 • Fax (718) 370-2388
Terence R. O'Shea, Licensed Plumber, NYC #1499

### Residential Site Inspection & Estimate (See Binding Terms On Reverse)

| | Qty/Location/Description | Labor | Parts | Discount | Total | Accept | Decline |
|---|---|---|---|---|---|---|---|
| **Kitchen** | | | | | | | |
| Sink–Faucet & Water Supplies | ☐ | | | | | ☐ | ☐ |
| Sink–Drain Lines | ☐ | | | | | ☐ | ☐ |
| Refrigerator–Ice Maker | ☐ | | | | | ☐ | ☐ |
| Disposer | ☐ | | | | | ☐ | ☐ |
| Dishwasher (Water Hammer) | ☐ | | | | | ☐ | ☐ |
| Water Filter | ☐ | | | | | ☐ | ☐ |
| **Bathrooms** | | | | | | | |
| Lav – Faucet & Water Supplies | ☐ | | | | | ☐ | ☐ |
| Lavatory – Drain Lines | ☐ | | | | | ☐ | ☐ |
| Shower | ☐ | | | | | ☐ | ☐ |
| Toilet – Operation | ☑ APT #1 | 199.— | | | | ☑ | ☐ |
| Drainage | ☐ | | | | | ☐ | ☐ |
| **Laundry** | | | | | | | |
| Faucets | ☐ | | | | | ☐ | ☐ |
| Washer Drains | ☐ | | | | | ☐ | ☐ |
| Washing Machine Hoses | ☐ | | | | | ☐ | ☐ |
| Water Hammer Arrester | ☐ | | | | | ☐ | ☐ |
| **Water Heater** | | | | | | | |
| Relief Valves | ☐ | | | | | ☐ | ☐ |
| Tankless (Water temperature) | ☐ | | | | | ☐ | ☐ |
| Tank | ☐ | | | | | ☐ | ☐ |
| Boiler Drain | ☐ | | | | | ☐ | ☐ |
| Ball Valve/Shut-Offs | ☐ | | | | | ☐ | ☐ |
| Water Supply & Piping | ☐ | | | | | ☐ | ☐ |
| **Other** | | | | | | | |
| Water Piping | ☐ | | | | | ☐ | ☐ |
| Shut-Off at Water Service | ☐ | | | | | ☐ | ☐ |
| Drain Lines | ☐ | | | | | ☐ | ☐ |
| Pressure Reducing Valve | ☐ | | | | | ☐ | ☐ |
| Water or Sewage on Floor | ☐ | | | | | ☐ | ☐ |
| **Exterior** | | | | | | | |
| Main Sewer Line | ☐ | | | | | ☐ | ☐ |
| Hose Bib | ☐ | | | | | ☐ | ☐ |
| Downspouts | ☐ | | | | | ☐ | ☐ |
| **Misc** | | | | | | | |
| Maintenance Products | ☐ | | | | | ☐ | ☐ |
| Clean and Treat | ☐ | | | | | ☐ | ☐ |
| Whole House Special | ☐ | | | | | ☐ | ☐ |
| Other | ☑ CHECK OPERATIONS 199.— | | | | | ☑ | ☐ |

**WORK ORDER AUTHORIZATION** I authorize the services indicated above and agree to pay the amounts specified. I have read and agree to the terms on the reverse side, including the limits on Roto-Rooter's responsibility specified in those terms.    128- 213457

(Signature) _____    (Print Name) OHANA TAUB

**ESTIMATE AND DESCRIPTION OF WORK TO BE PERFORMED:**
CHECK BASEMENT & APTS FOR ALL WATER OPERATIONS.
CK #190.
REPLACE KITCHEN SINK FAUCET $486.82 TAX & PARTS INCLUDED
(ALL APTS HAVE WATER & HEAT ( APTS 4+6 CAN'T SAY )

**COMMENTS/ADJUSTMENTS/CHANGES IN WORK:**
APT 1 NEEDS TO CHANGE KITCHEN FAUCET, APT 2 EVERYTHING WORKING
APT 3, EVERYTHING WORKING, APT 4 TENANT REFUSED TO LET ME
IN STATED EVERYTHING WORKING, APT #6 NO ONE HOME.
APT #5 EVERYTHING WORKING

Total estimate reflects customer authorization of work as indicated above.
Labor  $ 398.—
Parts  $ 19.96
Discount $
Product $
Tax / Other $ 37.09
TOTAL $ 455.05

Tax not included in estimate.

**COMPLETION** I acknowledge completion of the above described work which has been done to my complete satisfaction.
(Signature) _____    (Print Name) OHANA TAUB

CUSTOMER COPY