## U.S. Trustee Basic Monthly Operating Report

Case Name: __CHANA TAUB__    Date Filed: __JULY 1, 2008__

Case Number: __08-44210__    SIC Code: __XXY-VX-5171__

Month (or portion) covered by this report: __NOVEMBER, 2009__

IN ACCORDANCE WITH TITLE 28, SECTION 1746, OF THE UNITED STATES CODE, I DECLARE UNDER PENALTY OF PERJURY THAT I HAVE EXAMINED THIS U.S. TRUSTEE BASIC MONTHLY OPERATING REPORT AND THE ACCOMPANYING ATTACHMENTS ON BEHALF OF THE CHAPTER 11 DEBTOR AND, TO THE BEST OF MY KNOWLEDGE, THIS REPORT AND RELATED DOCUMENTS ARE TRUE, CORRECT AND COMPLETE.

__Chana Taub__    __DECEMBER 20, 2009__
ORIGINAL SIGNATURE OF RESPONSIBLE PARTY    DATE REPORT SIGNED

__CHANA TAUB__
PRINTED NAME OF RESPONSIBLE PARTY AND POSITION WITH DEBTOR

The debtor is required to provide financial reports prepared by or for the debtor in addition to the information required by this form. The U.S. Trustee may permit the debtor to eliminate duplicative information. No such permission is valid unless in writing.

QUESTIONNAIRE:

| | YES | NO |
|---|---|---|
| 1. IS THE BUSINESS STILL OPERATING? | ✓ | |
| 2. DID YOU SELL ANY ASSETS OTHER THAN INVENTORY THIS MONTH? | | ✓ |
| 3. HAVE YOU PAID ANY BILLS YOU OWED BEFORE YOU FILED BANKRUPTCY? | | ✓ |
| 4. DID YOU PAY ANYTHING TO YOUR ATTORNEY OR OTHER PROFESSIONALS THIS MONTH? | | ✓ |
| 5. DID YOU PAY ALL YOUR BILLS ON TIME THIS MONTH? | ✓ | ☐  EXCEPT BILLS CAUSED BY VANDALISM |
| 6. DID YOU PAY YOUR EMPLOYEES ON TIME? N/A | — | — |
| 7. HAVE YOU FILED ALL OF YOUR RETURNS AND PAID ALL OF YOUR TAXES THIS MONTH? N/A | — | — |
| 8. DID YOU PAY ALL OF YOUR INSURANCE PREMIUMS THIS MONTH? | ✓ | |
| 9. DID ANY INSURANCE COMPANY CANCEL YOUR POLICY THIS MONTH? | | ✓ |
| 10. HAVE YOU BORROWED MONEY FROM ANYONE THIS MONTH? | ✓ | |
| 11. DO YOU HAVE ANY BANK ACCOUNTS OPEN OTHER THAN THE DIP ACCOUNT? | | ✓ |
| 12. DID YOU HAVE ANY UNUSUAL OR SIGNIFICANT UNANTICIPATED EXPENSES THIS MONTH? | | ✓ |

*Except bills caused by vandalism by Simon Taub and/or his cohorts, or if it is a Pre-Petition expense.

**As I run short, I keep borrowing from my sister, for me and for my three children living with me, for living expenses and necessities.

- 1 -

|  | Yes | No |
|---|---|---|
| 13. DID YOU DEPOSIT ALL MONEY FOR YOUR BUSINESS INTO THE DIP ACCOUNT THIS MONTH? | ✓ | ☐ |
| 14. DID THE BUSINESS SELL ANY GOODS OR PROVIDE SERVICES TO ANY BUSINESS RELATED TO THE DIP IN ANY WAY? | ☐ | ✓ |
| 15. DO YOU PLAN TO CONTINUE TO OPERATE THE BUSINESS NEXT MONTH? | ✓ | ☐ |
| 16. ARE YOU CURRENT ON YOUR QUARTERLY FEE PAYMENT TO THE UST? | ✓ | ☐ |

## TAXES

DO YOU HAVE ANY PAST DUE TAX RETURNS OR PAST DUE POST-PETITION TAX OBLIGATIONS?   ☐   ✓

IF YES, PLEASE PROVIDE A WRITTEN EXPLANATION INCLUDING WHEN SUCH RETURNS WILL BE FILED, OR WHEN SUCH PAYMENTS WILL BE MADE AND THE SOURCE OF THE FUNDS FOR THE PAYMENT.

(Exhibit A)

## INCOME

PLEASE SEPARATELY LIST ALL OF THE INCOME YOU RECEIVED FOR THE MONTH. THE LIST SHOULD INCLUDE ALL INCOME FROM CASH AND CREDIT TRANSACTIONS. [If you use an automated accounting system, please attach a copy of the Income Statement and Balance Sheet.]

TOTAL INCOME **$4,462.40**

(Exhibit B)

## EXPENSES

PLEASE SEPARATELY LIST ALL EXPENSES PAID BY CASH OR BY CHECK FROM YOUR BANK ACCOUNTS PAID THIS MONTH. INCLUDE THE DATE PAID, WHO WAS PAID THE MONEY, THE PURPOSE AND THE AMOUNT. [If you use an automated accounting system, please attach a copy of the Disbursements Journal, otherwise attach a copy of the check register.]

TOTAL EXPENSES **$4,195.47**

(Exhibit C)

## CASH PROFIT

INCOME FOR THE MONTH (TOTAL FROM EXHIBIT B)     $4,462.40

EXPENSES FOR THE MONTH (TOTAL FROM EXHIBIT C)     4,195.47

(Subtract The Total from Exhibit C from the Total of Exhibit B)

CASH PROFIT FOR THE MONTH **$266.93** *

- Income Owed to Chana Taub:
  1- Rents due from tenants since July, 2008 (accumulated) - $109,979.47
       (For November, 2009 only -$6,387.04)
  2- Simon Taub is in Contempt of Court Order to pay Chana Taub $350 per week -
       THIS ENTIRE MONTH   unpaid in August= $1,500.00
  3- Gas bill quadrupled due to sabotage. Water bill is tenfold - Vandalism and sabotage
       caused by Simon & Company. Waiting for Court to restrain them and bring me relief.
  4- Pre-petition taxes-Simon Taub FORGED agreement-Chana Taub paid 14 months,
       $360.87 X 18 months=$6,495.66 . Simon Taub owes the estate.
  5- Court Ordered Simon Taub pay expenses for 1405-49th St.+$3,940.00

Note:  Rents are still due.  Rents did not come in this month due to Simon's interference.  When rents come in  and vandalism is stopped,   properties will show a healthy profit.

## UNPAID BILLS

PLEASE ATTACH A LIST OF ALL DEBTS (INCLUDING TAXES) WHICH YOU HAVE INCURRED SINCE THE DATE YOU FILED BANKRUPTCY BUT HAVE NOT PAID. THE LIST MUST INCLUDE THE DATE THE DEBT WAS INCURRED, WHO IS OWED THE MONEY, THE PURPOSE OF THE DEBT AND WHEN THE DEBT IS DUE.

TOTAL PAYABLES  0

(Exhibit D)

## MONEY OWED TO YOU

PLEASE ATTACH A LIST OF ALL AMOUNTS OWED TO YOU BY YOUR CUSTOMERS FOR WORK YOU HAVE DONE OR THE MERCHANDISE YOU HAVE SOLD. YOU SHOULD INCLUDE WHO OWES YOU MONEY, HOW MUCH IS OWED AND WHEN IS PAYMENT DUE.

TOTAL RECEIVABLES  *

(EXHIBIT E)

## BANKING INFORMATION

PLEASE ATTACH A COPY OF YOUR LATEST BANK STATEMENT FOR EVERY ACCOUNT YOU HAVE AS OF THE DATE OF THIS FINANCIAL REPORT.

## EMPLOYEES

NUMBER OF EMPLOYEES WHEN THE CASE WAS FILED?  0

NUMBER OF EMPLOYEES AS OF THE DATE OF THIS MONTHLY REPORT?  0

## PROFESSIONAL FEES

TOTAL PROFESSIONAL FEES APPROVED BY THE COURT DURING THIS REPORTING PERIOD?  0

TOTAL PROFESSIONAL FEES APPROVED BY THE COURT SINCE THE FILING OF THE CASE?  $35,000

TOTAL PROFESSIONAL FEES INCURRED BY OR ON BEHALF OF THE DEBTOR DURING THIS REPORTING PERIOD?  0

TOTAL PROFESSIONAL FEES INCURRED BY OR ON BEHALF OF THE DEBTOR SINCE THE FILING OF THE CASE?  62,000

PROFESSIONAL FEES INCURRED BY OR ON BEHALF OF THE DEBTOR RELATED TO BANKRUPTCY DURING THIS REPORTING PERIOD?  0

PROFESSIONAL FEES INCURRED BY OR ON BEHALF OF THE DEBTOR RELATED TO BANKRUPTCY SINCE THE FILING OF THE CASE?  $62,000

- Income Owed to Chana Taub:
  1- Rents due from tenants since July, 2008 (accumulated) - $ 109,979.47
       (For November, 2009 only -$6,387.04)
  2- Simon Taub is in Contempt of Court Order to pay Chana Taub $350 per week - THIS ENTIRE MONTH   unpaid in August= $1,500.00
  3- Pre-petition taxes-Simon Taub FORGED agreement-Chana Taub paid 13 months, $360.87 X 18 months=$6,495.66 . Simon Taub owes the estate.
  4- Court Ordered Simon Taub pay expenses for 1405-49th St. =$3,940.00

Note: Rents are still due. Rents did not come in this month due to Simon's interference. When rents come in and vandalism is stopped, properties will show a healthy profit.

-3-

PROJECTIONS

COMPARE YOUR ACTUAL INCOME, EXPENSES AND THE CASH PROFIT TO THE PROJECTIONS FOR THE FIRST 180-DAYS OF YOUR CASE PROVIDED AT THE INITIAL DEBTOR INTERVIEW.

PROJECTED INCOME FOR THE MONTH: _____

ACTUAL INCOME FOR THE MONTH (EXHIBIT B): _____

DIFFERENCE BETWEEN PROJECTED AND ACTUAL INCOME: _____

PROJECTED EXPENSES FOR THE MONTH: _____

TOTAL ACTUAL EXPENSES FOR THE MONTH (EXHIBIT C): _____

DIFFERENCE BETWEEN PROJECTED AND ACTUAL EXPENSES: _____

PROJECTED CASH PROFIT FOR THE MONTH: _____

ACTUAL CASH PROFIT FOR THE MONTH
(TOTAL FROM EXHIBIT B MINUS TOTAL FROM EXHIBIT C): _____

DIFFERENCE BETWEEN PROJECTED AND ACTUAL CASH PROFIT: _____

[If actual cash profit was 90% or less of projected cash profit, please attach a detailed written explanation.]

## PROJECTIONS:

1. Chana Taub's three income-producing properties will be able to cover their own expenses – *as soon as Simon Taub is restrained* from embezzling her rents, and from obstructing and interfering with Chana Taub's rent collection from her properties. Simon Taub deliberately vandalizes Chana Taub's properties, calls City inspectors to fine her, forces the heat and water to run wastefully day and night – so as to increase all Chana's expenses on her properties. In addition, Simon Taub intimidates Chana's tenants and warns them not to pay her any rent. When Chana files non-payment actions against her tenants, Simon Taub – although he has no right to appear in an action which does not concern him – yet he insolently appears in Landlord-Tenant Court with his own attorney – intent in helping the tenant fight Chana Taub in court. AS SOON AS SIMON TAUB IS HARNESSED AND RESTRAINED – CHANA TAUB WILL BE ABLE TO COLLECT HER RENTS AND PAY OFF ALL HER BILLS.

2. Non-paying tenants will soon either pay up or be evicted. Apartments in Chana Taub's six-family home and three-family home are located in an extremely desirable area, and vacant apartments will be leased immediately. The six-family property has no mortgage, while the three-family home only has a small mortgage. Therefore, the incomes from these two properties will exceed their expenses and will easily be able to cover any shortage from Chana Taub's third property in Monsey. That property will eventually also produce more than adequate income. However, presently the large family living there has limited resources and Chana Taub is allowing them to pay below market rent.

3. As per the calculations included here, during the past 3 ½ years, Simon Taub embezzled a staggering amount of funds which belong to Chana Taub. These should be returned to Chana Taub and she will immediately be able to pay off all her debts.

4

December 20, 2009

Operating Report for
November, 2009

Chana Taub - Debtor
Acct. 08-44210

In the past, every single tenant who was listed as paying in this report, was threatened and intimidated by Simon Taub not to pay me rent.

**One paying tenant's apartment is constantly vandalized; Another paying tenant was physically assaulted**

Therefore, for the safety of the tenants who are paying rent, their names have been omitted. In addition, we would request that **criminal behavior** and obstruictionist tactics be condemned and punished.

### EXHIBIT A (INCOME)

Rental Income  - Received..................................................................$4,462.40

Simon Taub was Court ordered to pay me $350 per week.. (ludicrous amount).............0
Temporary Support.  As documented here, he deprived payments **this entire month, as well as all previous months.**

### EXHIBIT B   (Expenses)

| | |
|---|---:|
| Home Insurance - (for 1259-52nd St. property) | 242.06 |
| Cel Phone | 141.09 |
| Car Insurance | 251.62 |
| Food | 633.29 |
| Repairs for 1259-52nd St.- Vandalism | 1,042.40 |
| Repairs for 4819-14th Ave.-Vandalism-corrosion | 1,297.55 |
| Gas Exp | 26.07 |
| Misc. Exp | 124.19 |
| Car Exp | 337.20 |
| Child Exp | 100.00 |
| | $4,195.47 |

Income missing:
1- Rents due from tenants since July, 2008 (accumulated) - $109,979.47
          (For November, 2009 only -$6,387.04)
2- Simon Taub is in Contempt of Court Order to pay Chana Taub $350 per week -
    THE ENTIRE MONTH -   unpaid =  $1,500.00
3-Court Orders- Simon Taub pay home expenses for 1405-49th St. -  DID NOT PAY.
    (Pre-petition expense of Simon Taub-in taxes
          for 1259-52nd St., Brooklyn, NY .......................$    360.87)

-5-



BOROUGH PARK
(877) 694-9111

CHANA TAUB
D.I.P#108-44210
OPERATING ACCOUNT                           347
P.O BOX 667
BROOKLYN NY  11219

18 ENCLOSURES        Page    1

| SmartCents Checking | | 701138 525 1 | |
|---|---|---|---|
| Opening balance | 11-04-09 | | 1,737.18 |
| +Deposits/Credits | 4 | | 4,584.40 |
| -Checks/Debits | 31 | | 4,195.47 |
| -Service charge | | | 0.00 |
| Ending balance | 12-02-09 | | 2,126.11 |
| Days in Statement Period | 29 | | |
| SmartCents Summary | | | |
| Amount saved this cycle | | | 0.00 |
| Lifetime amount saved | | | 0.00 |
| Accrued bank contributions | | | 0.00 |
| Bank contribution date | | | 09-02-10 |
| Lifetime bank contributions | | | 0.00 |

| DATE | DESCRIPTION | CHECK# | DEBITS | CREDITS | BALANCE |
|---|---|---|---|---|---|
| | Beginning Balance | | | | 1,737.18 |
| 11-05 | Customer deposit | | | 1,705.00 | 3,442.18 |
| 11-05 | ACH Withdrawal | | 141.09 | | 3,301.09 |
| | AT&T CARE     PAYMENT | | | | |
| 11-05 | Check Withdrawal | 108 | 90.00 | | 3,211.09 |
| 11-09 | Check Withdrawal | 132 | 242.06 | | 2,969.03 |
| 11-09 | Check Withdrawal | 134 | 48.73 | | 2,920.30 |
| 11-09 | Purchase with ATM card | | 31.94 | | 2,888.36 |
| | 110609 A A RUBASHKIN AND SONS  BROOKLYN    NY | | | | |
| 11-09 | Purchase with ATM card | | 13.06 | | 2,875.30 |
| | 110609 YOSSI'S SWEET HOUSE  BROOKLYN    NY | | | | |
| 11-09 | Purchase with ATM card | | 12.50 | | 2,862.80 |
| | 110609 STERNS FRENCH CLEANERS  BROOKLYN    NY | | | | |
| 11-09 | Purchase with ATM card | | 5.00 | | 2,857.80 |
| | NNT DAY N NIGHTS 103717 | | | | |
| | 110809 5418 NEW UTRECHT AV  BROOKLYN    NY | | | | |
| 11-10 | Check Withdrawal | 133 | 300.00 | | 2,557.80 |
| 11-10 | Check Withdrawal | 135 | 174.00 | | 2,383.80 |
| 11-10 | Check Withdrawal | 138 | 40.00 | | 2,343.80 |
| 11-13 | Check Withdrawal | 137 | 180.00 | | 2,163.80 |
| 11-13 | Check Withdrawal | 139 | 130.00 | | 2,033.80 |
| 11-16 | Check Withdrawal | 144 | 348.40 | | 1,685.40 |
| 11-16 | ACH Withdrawal | | 251.62 | | 1,433.78 |
| | GEICO         PREM COLL | | | | |
| 11-16 | Check Withdrawal | 114 | 125.00 | | 1,308.78 |

Continued on next page

Capital One Bank is a trade name of Capital One, N. A.
and does not refer to a separately insured institution.          Capital One, N.A., Member FDIC   EQUAL HOUSING LENDER


**Capital One Bank**

```
SmartCents Checking                701138 525 1    Page      2

DATE   DESCRIPTION              CHECK#      DEBITS       CREDITS         BALANCE
       Balance Forward                                                  1,308.78
11-16  Check Withdrawal           145        87.05                      1,221.73
11-16  Check Withdrawal           140        50.00                      1,171.73
11-16  Check Withdrawal           146        50.00                      1,121.73
11-16  Check Withdrawal           143        49.36                      1,072.37
11-16  Check Withdrawal           136        10.23                      1,062.14
11-17  Purchase with ATM card                26.07                      1,036.07
       EXXONMOBIL       VJ55
       111709 NACMIAS SERVI            BROOKLYN        NY
11-18  Electronic Check           142       337.20                        698.87
       AMERICA HONDA PA CHECK PYMT
       111809 00000097673060
11-18  Purchase with ATM card                62.00                         636.87
       111609 NYC PARKING FINE- WEB    NEW YORK        NY
11-18  Purchase with ATM card                31.00                         605.87
       111609 WEFIGHTTICKETS INC       NEWYORK         NY
11-19  Check Withdrawal           147        47.55                         558.32
11-20  Check Withdrawal           148       550.00                           8.32
11-23  Customer deposit                                  1,705.00        1,713.32
11-23  Customer deposit                                    700.00        2,413.32
11-23  Customer deposit                                    474.40        2,887.72
11-23  Check Withdrawal           150       700.00                       2,187.72
11-23  Purchase with ATM card                 4.80                       2,182.92
       112009 FEDEX KINKO'S #0231     NEW YORK         NY
11-30  Purchase with ATM card                42.92                       2,140.00
       112609 GOLDBERGS SPRMKT  SGO   BROOKLYN         NY
12-02  Purchase with ATM card                13.89                       2,126.11
       113009 RITE AID STORE 3883Q05  BROOKLYN         NY
       Ending balance                                                    2,126.11

   CHECKS PAID DURING STATEMENT PERIOD   * INDICATES CHECK OUT OF SEQUENCE

       Date   Check No.   Amount         Date    Check No.    Amount
       11-05    108        90.00         11-16    114*        125.00
       11-09    132*      242.06         11-10    133         300.00
       11-09    134        48.73         11-10    135         174.00
       11-16    136        10.23         11-13    137         180.00
       11-10    138        40.00         11-13    139         130.00
       11-16    140        50.00         11-16    143*         49.36
       11-16    144       348.40         11-16    145          87.05
       11-16    146        50.00         11-19    147          47.55
       11-20    148       550.00         11-23    150*        700.00

     * - - - - - - - - - - - - - EFT ACTIVITY - - - - - - - - - - - - *

       DATE         DESCRIPTION                                  AMOUNT

       11-05        AT&T CARE        PAYMENT                     141.09-
       11-09        A A RUBASHKIN AND SONS      BROOKLY           31.94-
       11-09        YOSSI'S SWEET HOUSE         BROOKLY           13.06-
       11-09        STERNS FRENCH CLEANERS      BROOKLY           12.50-
```

Continued on next page

Capital One Bank is a trade name of Capital One, N. A.     Capital One, N.A., Member FDIC   EQUAL HOUSING LENDER
and does not refer to a separately insured institution.

SmartCents Checking 701138 525 1 Page 3

\* - - - - - - - - - - - - - EFT ACTIVITY - - - - - - - - - - - - - \*

| DATE | DESCRIPTION | | AMOUNT |
|---|---|---|---|
| 11-09 | NNT DAY N NIGHTS 103717 | | 5.00- |
| 11-16 | GEICO       PREM COLL | | 251.62- |
| 11-17 | EXXONMOBIL       VJ55 | | 26.07- |
| 11-18 | AMERICA HONDA PA CHECK PYMT | | 337.20- |
| 11-18 | NYC PARKING FINE- WEB | NEW YOR | 62.00- |
| 11-18 | WEFIGHTTICKETS INC | NEWYORK | 31.00- |
| 11-23 | FEDEX KINKO'S #0231 | NEW YOR | 4.80- |
| 11-30 | GOLDBERGS SPRMKT   SGO | BROOKLY | 42.92- |
| 12-02 | RITE AID STORE 3883Q05 | BROOKLY | 13.89- |

END OF STATEMENT




Capital One Bank

#108  11/05  $90.00
#114  11/16  $125.00
#132  11/09  $242.06
#133  11/10  $300.00
#134  11/09  $48.73
#135  11/10  $174.00
#136  11/16  $10.23
#137  11/13  $180.00
#138  11/10  $40.00
#139  11/13  $130.00

#140    11/16   $50.00
#143    11/16   $49.36
#144    11/16   $348.40
#145    11/16   $87.05
#146    11/16   $50.00
#147    11/19   $47.55
#148    11/20   $550.00
#150    11/23   $700.00

# HONDA
## Financial Services
Statement Date: ~~June 2, 2008~~ October 1, 2009

## MONTHLY STATEMENT



### Payment Information

| | |
|---|---|
| Payment Due Date | June 24, 2008 |
| Current Payment Due | $ 337.20 |
| Past Due | $ 674.40 |
| Total Fees Due | $ 32.88 |
| Total Amount Due | $ 1,044.48 |

**Payoff Summary**

| | |
|---|---|
| Payoff Amount | $ 23,207.37 |
| Payoff Good Through | June 24, 2008 |

### Account Information

| | |
|---|---|
| Account Number | 97673060 |
| Vehicle Description | 2007 HONDA ACCORD SE V6 |
| VIN Number | 1HGCM66497A085383 |
| Regular Payment Amount | $ 337.20 |
| Maturity Date | June 24, 2010 |
| Payments Remaining | 26 |
| Annual Mileage Allowance | 12,000 |

This statement includes an amount from a prior billing, which is now past due. Go to hondafinancialservices.com to make one-time payments or contact us for payment arrangements and other options.

### Activity Since Last Statement

| Date | Description | Amount | Total |
|---|---|---|---|
| 05/05/2008 | Late Payment Fee | | $ 16.86 |

**Want to purchase some peace of mind?**

If so, then consider a Honda Care vehicle service contract. Whether you have a new or pre-owned vehicle, you can purchase additional coverage, and gain the peace of mind that comes with comprehensive vehicle and travel protection. You can even finance your vehicle service contract, sometimes interest-free. To find out more, go to hondafinancialservices.com and click on "Planning" and "Service Contracts." And rest easy with a Honda Care vehicle service contract.

---

**CHANA TAUB**
D.I.P #108-44210
**OPERATING ACCOUNT**
P.O BOX 667
BROOKLYN, NY 11219

142
50-791/214

Date: 11/5/09

Pay to the order of: AMERICAN HONDA    $337 20/100

THREE HUNDRED THIRTY-SEVEN 20/100 ——— Dollars

**Capital One Bank**
Capital One, N.A.

For: 97673060

⑆021407912⑈ 701 13 85251⑈ 0142

12/21/2009 12:37 #0783 P.013/018

AICCO, Inc.
1001 Winstead Drive, Suite 500
Cary NC 27513

# INVOICE



**IMPERIAL A.I. CREDIT COMPANIES®**

Chana Taub
P O Box 667
BROOKLYN NY 11219-0667

| Account Number: | 15-002-029095-3 |
|---|---|

Date of Notice:   10/13/09

AGENT:  Secure Insure Brokerage Inc

Installment Due Date:  11/04/09
Amount Due:

Past Due Balance   $0.00
Current Installment Due   $242.06

---

CHANA TAUB                                                                 132
D.I.P#108-44210
OPERATING ACCOUNT                                                   50-701/214
P.O BOX 667
BROOKLYN, NY 11219

11/2/09     Date

PAY to the Order of  AICCO, INC.                          $ 242 06/100

TWO HUNDRED FORTY-TWO 06/100 ———— Dollars

**Capital One Bank**
Capital One, N.A.

For  1259-52 ST              Chana Taub

⑈:021407912⑈: 701 13 85251⑈ 0132

---

Use of this payment stub will expedite application to your account. Please allow adequate mailing time.

**IMPERIAL A.I. CREDIT COMPANIES®**

Make your check payable to:
AICCO, Inc.

Please put your account number on your check
and mail it with this payment stub to:

AICCO, Inc.
Box 9045
New York NY 10087-9045

| Account Number: | 15-002-029095-3 |
|---|---|
| Due Date: | 11/04/09 |
| Total Due: | $242.06 |

Overnighted payments will not be
processed at the remittance address.
Please contact a customer service
representative for an overnight address.

15002029095300000000010000242063<span>4</span>

NY 004710-000-MS-000591

PFSUSAINVIACE0011

Case No. 08-44210 (Ess)

ACCRUED RECEIVABLES AND PAYABLES: For November, 2009    Date: 12/20/09

RENTAL INCOME SIMON TAUB DIVERTED AND/OR IS OBSTRUCTING:

## I. 4819 - 14th Ave., Brooklyn, N.Y.

| APT. # | TENANT | for DATES: | RENT PER MONTH | TOTAL: |
|---|---|---|---|---|
| 1 | Dr. Izrailov | 8/05 - 5/07 | $1,580.00 | $34,760.00 |
|   |   | 11/07 - 1/08 | 1,580.00 | 4,740.00 |
|   |   | 2/08 - 6/08 | 1,640.00 | 8,200.00 |
|   | **Rent Simon Taub illegally collected** | 7/08- Post-Petition | 1,640.00 | 1,640.00 |
| 2 | Simon Taub | 9/05 - 12/09 | 2,000.00 | $104,000.00 |
| 3 | Jacob Cohen | 7/05 - 7/07 | 1,355.00 | $33,875.00 |
|   |   | 8/07 - 11/07 | 517.00 | 2,068.00 |
|   |   | 12/07 - 1/08 | 1,355.00 | 2,710.00 |
|   |   | 2/08 - 6/08 | 390.00 | 1,950.00 |
|   | **Rent Simon Taub illegally collected** | 7/08- Post-Petition | 390.00 | 390.00 |
|   |   | 8/08 - 12/09 | 390.00 | 6,630.00 |

**TOTAL OWED CHANA TAUB FROM THIS PROPERTY......... $198,963.00**

* * * * * * * * * * * * * * * * *

## 11. 85 Forshay Road, Monsey, N.Y.

| APT. # | TENANT | for DATES: | RENT PER MONTH | TOTAL: |
|---|---|---|---|---|
| 1 | Rackoshinsky | 8/05 -8/07 | $1,500.00 | $37,500.00 |

**TOTAL OWED CHANA TAUB FROM THIS PROPERTY......... $37,500.00**

* * * * * * * * * * * * * * *

## 111. 1259 - 52nd Street, Brooklyn, N.Y.

| APT. # | TENANT | for DATES: | RENT PER MONTH | TOTAL: |
|---|---|---|---|---|
| 1 | Rosenberg, R.<br>Dresler's illegal Bed & Breakfast<br>**Rent Simon Taub illegally collected** | 7/05 - 5/07<br>6/07 - 6/08<br>7/08-Post-Petition<br>8/08-7/09 | $ 815.56<br>980.00<br>980.00<br>980.00 | $18,757.88<br>12,740.00<br>980.00<br>11,760.00 |
| 3 | Dresler, Zvi<br>**Rent Simon Taub illegally collected** | 7/05 - 6/08<br>7/08-Post-Petition<br>8/08- 12/09 | 1,200.00<br>1,200.00<br>1,200.00 | $43,200.00<br>1,200.00<br>20,400.00 |
| 4 | Fuchs, Chaim<br>**Rent Simon Taub illegally collected** | 7/05 - 6/08<br>7/08-Post-Petition<br>8/08 - 12/09 | 1,100.00<br>1,100.00<br>1,100.00 | $39,600.00<br>1,100.00<br>18,700.00 |
| 5 | Hershkowitz, Tommy | 7/05 - 5/07<br>11/07 - 6/08<br>9/08 - 12/09 | $132.11<br>132.11<br>132.11 | $ 3,038.53<br>1,056.88<br>2,113.67 |
| 6 | Perlmutter, Esther | 7/05 - 6/07<br>7/07 - 12/09 | $ 575.00<br>585.00 | $13,800.00<br>17,550.00 |

**TOTAL OWED CHANA TAUB FROM THIS PROPERTY.......... $ 205,997.05**

* * * * * * * * * * * * * * * *

## 1V. 10 Grand Ave., Brooklyn, N.Y.

| APT. # | TENANT | for DATES: | RENT PER MONTH (Appr.) | Approximate TOTAL: | CHANA TAUB' Appr. Half Share |
|---|---|---|---|---|---|
| Over 40 Apartments | Over 40 Families | 7/05 -12/09 | $125,000.00 | $6,750,000.00 | $3,375,000.00 |
| International Furniture Business | | 7/05 -12/09 | $50,000.00 | $2,700,000.00 | $1,350,000.00 |

**APPROX. TOTAL OWED CHANA TAUB FROM THIS PROPERTY..... $4,812,500.00**

* * * * * * * * * * * * * * * *

-7-

## V. 6 - 8 Grand Ave., Brooklyn, N.Y.
### a.k.a. 276 Flushing Ave.

| Apt. # | TENANT | for DATES: | RENT PER MONTH (Appr.) | Approximate TOTAL: | CHANA TAUB'S Approx. Half Share |
|---|---|---|---|---|---|
| 8 Apartments | 8 Tenants | 7/05 - 12/09 | $32,000.00 | $1,728,000.00 | $864,000.00 |

**APPROX. TOTAL OWED CHANA TAUB FROM THIS PROPERTY.... $864,000.00**

* * * * * * * * * * * * * * * * * *

## VI. 23-27 Grand Ave., Brooklyn, N.Y.

| Apt. # | TENANT | for DATES: | RENT PER MONTH (Appr.) | Approximate TOTAL: | CHANA TAUB'S Approx. Half Share |
|---|---|---|---|---|---|
| 1 Tenant | Tile Depot | 7/05 - 12/09 | $12,000.00 | $660,000.00 | $330,000.00 |

**TOTAL OWED CHANA TAUB FROM THIS PROPERTY......... $330,000.00**

### Property: 85 Forshay Rd, Monsey, N.Y.

7/31/05 - Supreme Court Order directing Simon Taub to pay all expenses on marital home and on all other properties.
    Simon Taub collected the rents, yet did NOT pay mortgages or expenses. Hence,
4/28/06 - Foreclosure on 85 Forshay Road, Monsey, N.Y.

### Property: 4819 -14th Ave., Brooklyn, N.Y.

3/07 - Simon Taub stopped paying this mortgage, and DELIBERATELY BOUNCED his Feb. 2007 check- sent to the bank in payment of this mortgage.

## Property:
## 1405 -49th St., a.k.a. 4823 -14th Ave., Brooklyn, N.Y.-Marital Home.

7/31/05- Simon Taub was ordered to pay this mortgage, and all expenses.
6/1/07 - Court Ordered Simon Taub to take this home out of foreclosure and pay all expenses.
10/30/07 - Again, Supreme Court Ordered Simon Taub to pay this mortgage and not allow foreclosure.

DEBTS of SIMON TAUB:

| | |
|---|---|
| Support checks Simon OWES Chana (from 3/07 till today, 11/20/09) | $ 22,602.00 plus interest |
| Child Support (for one son-Ludicrous amount of $50 per week)............ | 700.00 plus interest |
| Tuition owed for 9/05-9/06................................................................. | 4,800.00 |
| Tuition for 9/08-2/09......................................................................... | 3,650.00 |
| Clothing for son................................................................................ | 3,000.00 |
| Dentist for son.................................................................................. | 520.00 |
| Repair Damage to Home................................................................... | 3,940.00 |
| DEP - Water and Sewer for marital home......................................... | 12,378.67 |
| NYC Finance- Taxes for marital home............................................. | 23,739.75 |
| X-spand Pre-petition taxes Simon Taub owes estate........................... | 6,495.66 |
| | $81,826.08 plus interest |

      Simon Taub VIOLATED all these orders. He FORCED all Chana Taub's properties to go into foreclosure. The much larger properties in his name - with much larger expenses - are not in foreclosure. Simon Taub pays those bills on a timely basis.

      Upon investigating and learning of the magnitude of Simon Taub's income, one should find it incomprehensible and inexcusable that the 3 small properties in Chana Taub's name are in foreclosure. Instead of paying the expenses as ordered in Court, Simon Taub deliberately embezzled all Chana Taub's income and **forced** her into Bankruptcy.

Important Note:

      1) Chana Taub's 3 Income-Producing properties should cover their own expenses - (After Simon is Restrained from obstructing and interfering with Chana's rent collection. He comes to Landlord- -Tenant Court with his attorney to help the tenant fight Chana and avoid paying her rent.

      2) Simon Taub embezzled huge funds that belong to Chana Taub. As soon as Court orders them returned, she will be able to pay off all debts.

## MORTGAGES:

| Property: | Monthly Payment | Principal Balance* | Current Am't Due: Pre-Petition | Current Am't Due: Post-Petition |
|---|---|---|---|---|
| 1) 85 Forshay Rd., Monsey, N.Y. | $2,974.18 | $221,521.42 | $96,043.34 | $50,561.06 |
| 2) 4819 – 14th Ave., Brooklyn, N.Y. | $2,933.97 | 130,055.63 | 51,500.56 | 49,877.49 |
| 3) 1259 – 52nd St., Brooklyn, N.Y. | - 0 - | - 0 - | - 0 - | - 0 - |

## EXPENSES WHICH ARE THE SOLE RESPONSIBILITY OF SIMON TAUB:

Following are expenses which Simon Taub was Court ordered numerous times to pay, and which he is in contempt – in violation of Court directives. (Copies of court orders available upon request.)

**A. Regarding 1405 – 49th St., a.k.a. 4823 – 14th Ave., Brooklyn, N.Y.**
**MARITAL HOME:**

1) Simon Taub was ordered numerous times to pay the mortgage on the marital home, to take it out of foreclosure. He did not.
   Accrued am't Simon Taub owes through Nov. '09: $204,915.58
   Principal Balance amount*................................$644,120.63

2) Simon Taub was ordered numerous times to pay all the expenses on the marital home – including water and sewer charges, taxes, utilities, and repairs. He did not. Presently Chana and her children are being threatened with disconnect notices because Simon Taub did not pay the water bills.
   Simon Taub owes water bill of........................$ 12,378.67
   Simon Taub owes property taxes....................... 23,739.75

3) These expenses are only Simon Taub's responsibility. In his letters to the Court and Motion papers, Mr. Fox slyly includes bills for the marital home as part of Chana Taub's expenses – despite the fact that Mr. Fox is fully aware that Chana Taub is not responsible for the marital home expenses.

**B. Regarding Payments Simon Taub owes Chana Taub:**

4) Simon Taub was ordered numerous times to pay Chana Taub the ludicrous sum of $350 per week, which **he is not paying** – as is apparent from Chana's (non-)deposits in the "Operating Reports."
   Due Chana Taub thru Dec. 20, '09:......................$22,602.00

**C. Regarding Taxes for 1259 – 52nd St., Brooklyn, N.Y.:**

5) Simon Taub owes taxes on this property from January 2005, through June 2008 – during the time when Simon Taub was pocketing THE RENTS FROM CHANA TAUB'S TENANTS, WHILE DELIBERATELY NOT PAYING THESE TAXES. Chana Taub is responsible for expenses subsequent to July 1, 2008 – post petition. Simon Taub is responsible for expenses which accrued prior to July 1, 2008 – pre-petition. This property has no mortgage, very few expenses, and yet Simon Taub diverted the income and refused to pay the taxes. Simon Taub owes approximately $23,000.00 for old pre-petition taxes

*This does not include late fees and legal fees which companies will calculate at the time of actual pay-off.
All amounts may not be exact, but are as close as possible.